IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL A. COX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:22-CV-8 (MTT) |
| | ) |
| Commissioner TIMOTHY C. WARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Plaintiff Michael A. Cox filed his complaint on January 5, 2022. Doc. 1. On February 25, 2022, United States Magistrate Judge Stephen Hyles ordered Cox to pay the filing fee for his complaint or submit a motion for leave to proceed *in forma pauperis* ("IFP"). Doc. 3. On March 16, 2022, the Magistrate Judge issued an order to show cause for failure to respond to the previous order regarding the filing fee or IFP application. The Magistrate Judge issued a second order to show cause on April 14, 2022. Doc. 6. Finally, on May 9, 2022, the Court ordered the dismissal of Cox's case for failure to comply with Court orders and prosecute his claims. Doc. 7.

On May 10, 2022, a day after the case was dismissed, the Court received Cox's motion for leave to proceed IFP. Doc. 9. Out of an abundance of caution, the Court **VACATES** its previous order of dismissal (Doc. 7) and judgment (Doc. 8), so Cox's complaint can be screened pursuant to 28 U.S.C. § 1915.

**SO ORDERED**, this 10th day of May, 2022.

<u>S/ Marc T. Treadwell</u>  
MARC T. TREADWELL, CHIEF JUDGE  
UNITED STATES DISTRICT COURT