IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL A COX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:22-CV-8 (MTT) |
| | ) |
| COMMISSIONER TIMOTHY C WARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Pursuant to 28 U.S.C. § 1915(e) and § 1915A, United States Magistrate Judge Charles Weigle conducted a screening of Plaintiff Michael Cox's complaint. Doc. 17. The Magistrate Judge allowed Cox's Eighth Amendment failure-to-protect claims against Defendants Ward, Berry, Martin, and Easley to proceed but recommends Cox's remaining claims be dismissed. *Id*. Specifically, the Magistrate Judge recommends dismissing Cox's claims concerning his confinement at Macon State Prison because the claims are not properly joined under Federal Rule of Civil Procedure 20. *Id*. at 6-7. The Magistrate Judge further recommends dismissing Cox's conditions of confinement, serious medical needs, and retaliation claims because Cox has failed to allege sufficient facts to show constitutional violations. *Id*. at 9-15. Finally, the Magistrate Judge recommends denying Cox's motion for preliminary injunctive relief, because the motion does nothing more specific than direct the defendants to obey the law, and Cox's motion for a prison release order, because Cox has failed to identify any previous court

orders for less intrusive relief with which the defendants have failed to comply.  *Id*. at 2-3.

Cox has not objected, so pursuant to 28 U.S.C. § 636(b)(1) the Court reviews the Recommendation for clear error.  After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 17) is **ADOPTED** and made the order of the Court.  Accordingly, Cox's conditions of confinement, serious medical needs, and retaliation claims, along with his claims against Macon State Prison, are **DISMISSED without prejudice**.  Cox's Eighth Amendment failure-to-protect claims against Defendants Ward, Berry, Martin, and Easley will proceed for further factual development.  Furthermore, Cox's motion for a preliminary injunction and a prison release order (Doc. 14) is **DENIED**.

**SO ORDERED**, this 29th day of September, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
