**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **MICHAEL A COX,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:22-CV-8 (MTT)** |
| ) | |
| **Commissioner TIMOTHY WARD,** *et. al.,* ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

United States Magistrate Judge Charles H. Weigle recommends granting the

defendants' motion to dismiss (Doc. 31).  Doc. 38.  Plaintiff Michael Cox did not respond

to the defendants' motion.[1]  *Id*. at 2.  The Magistrate Judge concluded dismissal was

appropriate because the defendants are entitled to qualified immunity and Cox's claims

for monetary damages are barred by the Eleventh Amendment.  *Id*. at 1.  Cox does not

object to the Recommendation.  Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews

the Recommendation for clear error.[2]  The Court finds none.  Therefore, the Court

accepts and adopts the findings, conclusions, and recommendations of the Magistrate

Judge.  The Recommendation (Doc. 38) is **ADOPTED** and made the Order of the Court.

Accordingly, the defendants' motion to dismiss (Doc. 31) is **GRANTED**.

**SO ORDERED**, this 10th day of August, 2023.

---

[1] The day after the defendants moved to dismiss the Court sent Cox a *Griffith* notice advising him of the significance of the defendants' motion.  Doc. 33.  Cox then moved for an extension of time to respond, which the Court granted.  Docs. 36; 37.  Despite the extension of time, Cox did not file a response.

[2] However, even if reviewed de novo, the result would be the same.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COUR